# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**RITA DRURY,**

Plaintiff,

V.                                        CASE NUMBER: **05-C-956**

**ALLEN E. SCHOESSOW,**
**CITY OF MILWAUKEE HOUSING AUTHORITY, and**
**CITY OF MILWAUKEE,**

Defendants.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment is Granted on plaintiff's allegations under Title VII, the Equal Protection Clause by virtue of 42 U.S.C. § 1983, and the Americans with Disabilities Act.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **August 8, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |